Untied States Disrict Court

Western District of New york

------------------------------------

Sheldon j. English

    plantiff

    v.

Inv k. Pero

Tech R. Rice ( Notice of plantiff cross    ( 07-CV-00230 )

  defendants  motion for summary judement )

---------------------

Please take notice that upon the declaration of sheldon english sworn to on August 17,2010 the plantiff will cross move this motion before the court before Hon. Leslie foschio for an order of summary judgement that the plantiff has stated his claim and has proved that his claimed should be granted in its entirety with such other and further relief as this court deem just and proper.

August 17,2010

To;Spencer L. Ash

Attorney for city Defendants

30 church st rm 400a

Rochester,Ny 14614



**Susanna X Mattingly**

04/22/2005 04:13 PM

To: Philip J Overfield/NYSPAROLE@NYSPAROLE
cc: William S Fortune/NYSPAROLE, (bcc: Susanna X Mattingly/NYSPAROLE)
Subject: Witnesses of Shooting

Exibit A

SPO Overfield:

Per your request:

The following PO's were together in one vehicle doing warrant in the area of 21 Lorimer Street, Rochester, NY.

PO Wayne Poth
PO Gary Cowick
PO Arleen Filipski
PO Susanna Mattingly

In a second vehicle who provided back up were the following PO's.

PO John Jenkins (ASU)
PO Amy Cummiskey
PO David Galbo

The PO's (Poth, Cowick, Filipski, Mattingly) were going west on Bloss. We were at the intersection of North Plymouth Avenue and Bloss. We observed shots fired from our south, at the intersection of North Plymouth and Costar. The shooter was a black male wearing dark pants, dark hoodie and long white t-shirt. He entered the passenger side of a black SUV where the vehicle drove down the wrong way of a one way street. The momentarily stoped and started to back up towards our vehcile but then proceeded forward. As the vehicle was moving the shooter fell from the passenger side of the SUV. The shooter and the driver were the only two in the vehicle. While calling out locations to the Rochester Police Department for back up we continued to follow the driver in the SUV. The driver attempted several manuevers to leave the area but eventually abandoned the vehicle and fled on foot.

PO Galbo joined the search and a witness provided information that a black male was observed going through the back yards with a handgun then returned with no weapon. The PO found the weapon (9 mm) in a shed where he stayed with the weapon.

RPD states they observed that the abandon vehicle had spent casings from a 357 weapon. At the area of the shooting, 9mm casings were located. Meanwhile, a black male had forced entry into a resident's house by kicking in the door. The owners returned home and noted the door was kicked in and notified RPD/Parole where they were looking for the shooter/driver. A releasee(Sheldon English) was found hiding in the house barricading himself. He was arrested for burglary 2nd and criminal mischief.

POs Poth, Cowick, Filipski, Mattingly and Galbo then went to RPD with ASU PO Jenkins for depositions.

SPRINGER - CX                                              799

*Exibit B*

| | |
|---|---|
| 1 | Q. The newer cars weren't? |
| 2 | A. It was the manufacturer, not the year. |
| 3 | Q. Okay. So all Dodges were hot cars back in 2003? |
| 4 | A. To qualify to say that every Dodge product was stolen as |
| 5 | often as every other Dodge product, I would have to say that |
| 6 | there's -- no, it's not a definite yes or a no. |
| 7 | Dodge products, regardless of year, were one of the more |
| 8 | often stolen cars because of the lack of a secure ignition locking |
| 9 | device. |
| 10 | Q. Okay. Were there any other makes or models of cars that were |
| 11 | more popular in terms of auto thefts? |
| 12 | A. Not that I recall. |
| 13 | Q. Honda? Toyota? Older Hondas and Toyotas, they weren't more |
| 14 | popular subjects of theft than Dodges? |
| 15 | A. If I had the opportunity to look at statistics, I would be |
| 16 | able to say maybe one was more, but during that time in patrol, |
| 17 | Dodge products were more often than not the more popular choice |
| 18 | for stolen vehicles. |
| 19 | Q. Okay. Now, I think you also indicated that this vehicle was |
| 20 | towed? |
| 21 | A. Yes, it was. |
| 22 | Q. And pursuant to RPD policy, there was an inventory search |
| 23 | done? |
| 24 | A. Yes, that's correct. |
| 25 | Q. Can you tell the jury what a -- first of all, why is an |

Timestamps: 11:10AM (line 5), 11:11AM (lines 10, 15, 20), 11:12AM (line 25)

```
         1   inventory search done?
         2   A.   An inventory search is conducted, and I won't cite specific
         3   words from the general book because I don't have it in front of
         4   me, but an inventory search is conducted that any valuables or
11:12AM  5   property inside the car are documented and/or turned in to the
         6   Property Clerk's Office for safekeeping.
         7   Q.   Okay. Is that search also done to determine whether there are
         8   any weapons or contrabands in the vehicle?
         9   A.   Not in all cases, no.
11:12AM 10   Q.   In some cases?
        11   A.   In some cases, yes.
        12   Q.   Okay. And this was Rochester Police Department policy that
        13   have inventory searches done before a car was towed?
        14   A.   If I may on your last question?
11:12AM 15   Q.   Oh, okay.
        16   A.   If I may?  When you said is an inventory search conducted to
        17   locate contraband, in so much as marijuana or cocaine, that's not
        18   accurate.  The inventory search is not conducted in an effort to
        19   locate evidence.
11:13AM 20               Evidence is searched for, looked at based on reasonable
        21   suspicion, probable cause or a search warrant, so an inventory
        22   search --
        23   Q.   I understand that.
        24   A.   I wanted to make that clear.
11:13AM 25   Q.   I assumed that was the case, but what I was asking was was
```

```
          1  that part of the basis for -- an inventory search is not only to
          2  check for possible valuables, but also for any contraband or
          3  weapons?
          4  A.   Those would be peripheral to the focus of the search.  A
11:13AM   5  search is not conducted -- an inventory search is not conducted to
          6  locate contraband.
          7  Q.   That's not the goal of the inventory search?
          8  A.   Right, that is correct, that's not the goal or the point.  An
          9  inventory search is not used solely to locate contraband.
11:13AM  10  Q.   Understood.  But the purpose of the inventory search is to
         11  determine if there are valuables, rings, diamond bracelets or
         12  things like that, that those are going to be secured by the
         13  department; is that correct?
         14  A.   That's correct.
11:14AM  15  Q.   Okay. And that was the policy back in 2003?  December of
         16  2003?
         17  A.   Yes.
         18  Q.   Has that policy changed since then?
         19  A.   No.
11:14AM  20  Q.   Now, I think you also stated that in commenting on these
         21  bags, ziplock bags that have the apple stamp on them --
         22  A.   Yes.
         23  Q.   -- do you recall that testimony?
         24  A.   Yes.
11:14AM  25  Q.   Okay. They're pretty prevalent in the Rochester area?
```

Exibit C



# rochester police department investigative action report

| | | |
|---|---|---|
| 04 | 22 | 05 | 1159 | RECKLESS |

6. CLASSIFICATION AFTER INVESTIGATION (INCLUDE LAW SECTION NUMBER)

7. NARRATIVE: DO NOT REPEAT THE RESULTS OF THE PRELIMINARY INVESTIGATION. REPORT ALL ACTIONS TAKEN AND ALL DEVELOPMENTS IN THE CASE SINCE THE LAST REPORT. DESCRIBE AND RECORD THE VALUE OF RECOVERED PROPERTY. LIST THE NAME, RECORD NUMBER AND DESCRIPTION OF PERSONS ARRESTED. EXPLAIN CLASSIFICATION CHANGE. CLEARLY SHOW THE DISPOSITION OF RECOVERED PROPERTY.

BLOCK NO.

(R/O)'s responded to 69 Center St. where suspect veh. was abandoned. A brief search was conducted for possible weapons inside veh. w/ negative results. Tow responded to process veh. Veh. is described as a 1995 Chevy Tahoe. S/W Black/Tan in color w/ N.Y. registration CZY 7298. Veh. R is registered to Asavon, Sam, B·10/28/46 of 327 Glenwood Av. Tech #6842 Lococo, took photo's of veh. Veh. towed to processing bay at City Headquarters for processing by Tow # 453, East Av. Auto. (R/O) followed tow/veh to RPD Headquarters and turned veh. over to Tech # 6842, Lococo.

Exhibit 7

VEHICLE RECOVERY

8. YEAR | 9. MAKE | 10. TYPE | 11. MODEL | 12. COLOR(S) | 13. V.I.N.
14. REGISTRATION # | 15. STATE | 16. BY: _____ TO: _____ Tow _____
17. RECOVERY FOR: ☐ RPD  ☐ Other Agency _____ Report # _____ | 18. LOCATION RECOVERED | DATE | TIME
19. EVIDENCE OF DAMAGE / METHOD OF THEFT | 20. TIME RADIO NOTIFIED OF RECOVERY
21. RECOVERED BY ☐ RPD ☐ Other _____ | 22. OWNER NOTIFIED BY:

23. CONTINUANCE OF _____ CHANGED TO _____ CLOSED BY _____

INVESTIGATIVE STATUS
☑ FIELD     ☐ OFFICE
☐ FIELD     ☐ OFFICE
☐ ARREST    ☐ WARRANT ADVISED
☐ NO ARREST ☐ UNFOUNDED
☐ NO PROSECUTION ☐ JUVENILE DIVERSION
              ☐ VICTIM UNCOOPERATIVE

24. FURTHER INVESTIGATION TO BE CONDUCTED BY: Inv. Alletto
25. V. RELATIONSHIP TO SUSPECT: —
26. PERSON(S) ARRESTED: ☑ NO ☐ YES  NO. _____
27. SRR FILED: ( ) YES (✓) NO
28. BIAS INCIDENT: ( ) YES (✓) NO
29. PROPERTY RECOVERED: ☑ NO ☐ YES $_____
30. PROPERTY INVENTORY: ☑ NO ☐ YES  LOT # _____
31. MULTIPLE CLEARUP? ☐ YES ☑ NO
38. XC TO:
32. WORKING CR # _____
33. TELETYPE: ☐ SENT ☐ PROPERTY ☐ CANCELLED ☐ SUSPECT
34. ADDITIONAL TECHWORK: ☐ COMPOSITE ☐ SKETCH/DIAGRAM ☐ FINGERPRINT ☐ OTHER
35. DATE SUBMITTED: 04 22 05
36. REPORTING OFFICER: R. Hinman  ID# 1532
37. SUPERVISOR APPROVING: _____ ID# 202

1

RPD 1191 REV 10/00                                    G.O. 480

27

SEE
EXIbIt
E



Exhibit F

## COUNT 2

Count 2 of the indictment charges that on or about April 22, 2005, in the Western District of New York, the defendant, **SHELDON J. ENGLISH**, did knowingly, intentionally and unlawfully possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

As to the charge in **COUNT 2**, what is your verdict?

_____ GUILTY         __X__ NOT GUILTY

**Is this verdict unanimous?** (**YES**) (PLEASE CIRCLE)

If your verdict as to **COUNT 2** was **"NOT GUILTY"**, **do not** answer any more questions. Instead, please **sign** *and* **date** the verdict form and inform the Judge that you have arrived at a unanimous verdict.

If your verdict as to **COUNT 2** was **"GUILTY"**, please go to **COUNT 3**.

## COUNT 3

**(Do not answer this question unless you answered "GUILTY" on Count 2.)**

Count 3 of the indictment charges that on or about April 22, 2005, in the Western District of New York, the defendant, **SHELDON J. ENGLISH**, during and in relation to the drug trafficking crime charged in Count 2 did knowingly and unlawfully carry a firearm, namely, one (1) Kahr 9mm, model K9 pistol, bearing serial number AX0741, and in furtherance of the drug trafficking crime charged in Count 2, did knowingly and unlawfully possess said firearm.